# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK S. SHANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, BLUECROSS BLUESHIELD OF ILLINOIS, and PRIME THERAPEUTICS LLC,<br><br>Defendants. | Case No. 16-cv-03993<br>Honorable Harry D. Leinenweber |

## JOINT MOTION TO RESCHEDULE STATUS HEARING

Plaintiff Mark A. Shank and Defendant Healthcare Service Corporation ("HCSC"), by and through their undersigned attorneys, hereby move to reschedule the status hearing currently scheduled for August 17, 2017.

1. On October 18, 2016, the Court granted Plaintiffs' Motion to Stay Pending Settlement Discussions, staying the case as to Plaintiff and HCSC and suspending all current deadlines for 90 days.

2. On January 11, 2017, the Parties participated in a mediation session with the Honorable Wayne R. Andersen (ret.).

3. On January 19, 2017, the Court entered the Parties' Joint Stipulation and Proposed Order to Extend Stay pending Settlement Discussions for an additional thirty (30) days—until February 17—to allow for adequate time to explore the potential for settlement.

4. On March 2, 2017, the Court entered the Parties' Joint Stipulation and Proposed Order to further Extend Stay pending Settlement Discussions for a further thirty (30) days—until March 20—while the Parties continued with settlement negotiations.

5. On March 29, 2017, the Court entered the Parties' Joint Stipulation and Proposed Order to further Extend Stay pending Settlement Discussions for thirty (30) more days, until April 20. The Court also ordered the Parties to submit a joint status report, on or before April 20, indicating whether they have agreed to settlement terms and, if so, proposing dates for preliminary approval submissions.

6. On April 20, 2017, the Parties filed a joint report on the progress in their ongoing settlement discussions and requested until April 28, 2017 to file a follow-up joint report.

7. On April 28, 2017, the Parties filed their follow-up joint report and stated that they had made additional progress and reached agreement in principle on additional material terms, including terms that had previously prevented progress in the Parties' discussions. At the time, the Parties expected that they would be in a position to file a motion for preliminary approval within sixty (60) days from that date.

8. On June 26, 2017, the Parties filed another status report averring that they had nearly finalized all material terms of their settlement agreement; stating that they expected to be in a position to file a motion for preliminary approval within forty-five (45) days from the filing of that report; and jointly requesting that the Court set a settlement status conference. Thereafter, on July 5, the Court set a status hearing for August 17, 2017.

9. As of this writing, the Parties are in the process of preparing papers seeking preliminary approval of a class action settlement Given this, and in an effort to conserve judicial

resources, the Parties jointly request that the Court reset the status hearing set for August 17, 2017 to a date and time convenient for the Court but no earlier than September 8, 2017.

Dated: August 14, 2017

Respectfully submitted,

/s/ Brian P. Kavanaugh
Brian P. Kavanaugh
Martin R. Martos, II
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
bkavanaugh@kirkland.com
martin.martos@kirkland.com

*Attorneys for Defendant,
Health Care Service Corporation, a
Mutual Legal Reserve Company*

/s/ Edward W. Ciolko
KESSLER TOPAZ
MELTZER & CHECK, LLP
Edward W. Ciolko (NJ Bar No. 005462002)
eciolko@ktmc.com
Natalie Lesser (PA Bar No. 309334)
nlesser@ktmc.com
Zachary Arbitman (PA Bar No. 314274)
zarbitman@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

COOPER & KIRK, PLLC
David H. Thompson (DC Bar No. 450503)
dthompson@cooperkirk.com
Pete Patterson
ppatterson@cooperkirk.com
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601

*Attorneys for Plaintiff Mark A. Shank and the
Proposed Class*

LAW OFFICES OF NORMAN RIFKIND
Norman Rifkind
norman@rifslaw.com
100 E. Huron Street, Suite 1306
Chicago, IL 60611
Telephone: (847) 372-4747

*Liaison Counsel for Plaintiff Mark A. Shank*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, August 14, 2017, I caused the foregoing to be served upon all counsel of record through the Court's Case Management/Electronic Case Files (CM/ECF) system.

*/s/ Edward W. Ciolko*
Edward W. Ciolko