UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK S. SHANK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, BLUECROSS BLUESHIELD OF ILLINOIS, and PRIME THERAPEUTICS LLC,<br><br>Defendants. | Case No. 16-cv-03993<br>Honorable Harry D. Leinenweber |

**[PROPOSED] AGREED ORDER**

Considering the Parties' *Joint Motion to Reschedule Status Hearing*, the Court hereby GRANTS the *Motion*. Therefore, IT IS ORDERED that the status hearing set for August 17, 2017, be reset for _____, 2017.

GRANTED this \_\_\_\_\_ day of _____, 2017.

_____
Honorable Harry D. Leinenweber